**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Alan Pesnell
The Pesnell Law Firm
P. O. Box 1794
Shreveport LA 71166-1794

**REHEARING ACTION: April 27, 2016**

**Docket Number: 15   00969-CA**

**BELINDA LAYSSARD STOKES**
**VERSUS**
**DORIS BARNHART LAYSSARD**

**Appealed from Rapides Parish Case No. 251,190**

**BEFORE JUDGES:**

      **Hon. John D. Saunders**
      **Hon. Jimmie C. Peters**
      **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the "Application

for Rehearing and Rehearing En Banc" filed by **Belinda Layssard Stokes** has this day

been

      **DENIED.**

cc: William M. Ford, Counsel for the Appellee